WILMER CUTLER PICKERING HALE AND DORR LLP
Sonal N. Mehta (CA Bar No. 222086)
sonal.mehta@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILMER CUTLER PICKERING HALE AND DORR LLP
Joseph Taylor Gooch (CA Bar No. 294282)
taylor.gooch@wilmerhale.com
1 Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

WILMER CUTLER PICKERING HALE AND DORR LLP
Amanda L. Major (*pro hac vice*)
amanda.major@wilmerhale.com
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

WILMER CUTLER PICKERING HALE AND DORR LLP
Annaleigh E. Curtis (*pro hac vice*)
annaleigh.curtis@wilmerhale.com
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Plaintiff Intel Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STREAMSCALE, INC.,<br><br>　　　　　　Defendant. | Case No. 5:21-CV-04999-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiff Intel Corporation ("Intel") and Defendant StreamScale, Inc. ("StreamScale"), by and through their respective counsel, hereby request and stipulate, subject to Court approval, as follows:

WHEREAS, on August 30, 2021, StreamScale filed its Anti-SLAPP Motion Pursuant to California Code of Civil Procedure Section 425.16, or, In the Alternative, to Dismiss Pursuant to F.R.C.P. 12(b)(3) (Dkt. 24);

1    WHEREAS, the hearing on StreamScale's Anti-SLAPP Motion Pursuant to California Code of Civil Procedure Section 425.16, or, In the Alternative, to Dismiss Pursuant to F.R.C.P. 12(b)(3) was set for January 13, 2022 (Dkt. 32);

WHEREAS, on December 13, 2021, the Court entered an order continuing the January 13, 2022 hearing to January 27, 2022 (Dkt. 37);

WHEREAS, counsel for Intel has a pre-existing conflict on January 27, 2022 that cannot be moved;

WHEREAS, Intel approached StreamScale to request a continuance of the hearing to a date on which counsel for both parties are available;

WHEREAS, StreamScale agreed to jointly approach the Court regarding a request for an alternative hearing date;

WHEREAS, the Court has indicated that the next available hearing date is April 14, 2022;

WHEREAS, the parties hereby request and stipulate, subject to Court approval, that the hearing on StreamScale's Anti-SLAPP Motion Pursuant to California Code of Civil Procedure Section 425.16, or, In the Alternative, to Dismiss Pursuant to F.R.C.P. 12(b)(3) be rescheduled from January 27, 2022 at 9:00 AM to April 14, 2022 at 9:00 AM;

WHEREAS, there is good cause for this request because Intel's lead counsel has a scheduling conflict on January 27, 2022;

WHEREAS, the parties hereby further request and stipulate, subject to Court approval, that the Case Management Conference in this matter be rescheduled from February 24, 2022 at 10 AM to May 12, 2022;

WHEREAS, there is good cause for this request because the hearing on the Anti-SLAPP Motion Pursuant to California Code of Civil Procedure Section 425.16, or, In the Alternative, to Dismiss Pursuant to F.R.C.P. 12(b)(3) may inform several of the issues that may be addressed at the Case Management Conference.

**IT IS HEREBY STIPULATED AND AGREED** by Intel and StreamScale, subject to the Court's approval:

1. The hearing on StreamScale's Anti-SLAPP Motion Pursuant to California Code of Civil Procedure Section 425.16, or, In the Alternative, to Dismiss Pursuant to F.R.C.P. 12(b)(3) currently set for January 27, 2022 at 9:00 AM is continued to April 14, 2022 at 9:00 AM.

2. The Case Management Conference currently set for February 24, 2022 at 10 AM is continued to May 12, 2022 or later.

IT IS SO STIPULATED.

Dated: December 29, 2021

By:  /s/ Taylor Gooch
SONAL N. MEHTA
AMANDA L. MAJOR
JOSEPH TAYLOR GOOCH
ANNALEIGH E. CURTIS
 WILMER CUTLER PICKERING
 HALE AND DORR LLP

*Attorneys for Plaintiff Intel Corporation*

Dated: December 29, 2021

By:  /s/ Michael S. Adler

*Attorneys for Defendant StreamScale, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

Honorable Edward Davila
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing **STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE AND CASE MANAGEMENT CONFERENCE**, I hereby attest that the other signatories have concurred in this filing.

Dated: December 29, 2021      By:    */s/ Taylor Gooch*
                                                    Joseph T. Gooch

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: December 29, 2021      By:    */s/ Taylor Gooch*
                                                    Joseph T. Gooch