| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Sonal N. Mehta (CA Bar No. 222086)<br>sonal.mehta@wilmerhale.com<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Joseph Taylor Gooch (CA Bar No. 294282)<br>taylor.gooch@wilmerhale.com<br>1 Front Street, Suite 3500<br>San Francisco, CA 94111<br>Telephone: (628) 235-1002<br>Facsimile: (628) 235-1001 |
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>Amanda L. Major (*pro hac vice*)<br>amanda.major@wilmerhale.com<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363 | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Annaleigh E. Curtis (*pro hac vice*)<br>annaleigh.curtis@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |

*Attorneys for Plaintiff Intel Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INTEL CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>STREAMSCALE, INC.<br><br>     Defendant. | Case No. 5:21-cv-4999-EJD<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Intel Corporation and Defendant StreamScale, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provide notice of the immediate dismissal of all claims in this action

against StreamScale, Inc. WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

StreamScale, Inc. has not filed an answer to the complaint or for summary judgment as to the claims. Dismissal under Rule 41(a)(A)(1)(i) is therefore appropriate.

Dated: March 3, 2022                              WILMER CUTLER PICKERING HALE
                                                  AND DORR LLP

                                                  By:   */s/ Joseph T. Gooch*
                                                  Sonal N. Mehta
                                                      California State Bar No. 222086
                                                  WILMER CUTLER PICKERING HALE
                                                  & DORR LLP
                                                  2600 El Camino Real
                                                  Suite 400
                                                  Palo Alto, CA 94306
                                                  Tel: (650) 858-6000
                                                  Email: Sonal.Mehta@wilmerhale.com
                                                  Email: Jennifer.John@wilmerhale.com

                                                  Amanda L. Major (*Pro Hac Vice*)
                                                      DC Bar No. 495968
                                                      New York Bar No. 4304507
                                                  WILMER CUTLER PICKERING HALE
                                                  & DORR LLP
                                                  1875 Pennsylvania Avenue
                                                  Washington, DC 20006
                                                  Tel: (202) 663-6000
                                                  Email: Amanda.Major@wilmerhale.com

                                                  Joseph T. Gooch
                                                      California State Bar No. 294282
                                                  WILMER CUTLER PICKERING HALE
                                                  & DORR LLP
                                                  One Front Street, Suite 3500
                                                  San Francisco, CA 94111
                                                  Tel: (628) 235-1002
                                                  Email: Taylor.Gooch@wilmerhale.com

                                                  Annaleigh E. Curtis (*Pro Hac Vice*)
                                                      Massachusetts State Bar No. 696165

Notice of Dismissal Without Prejudice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Email: Annaleigh.Curtis@wilmerhale.com

*Attorneys for Plaintiff*
*Intel Corporation*


WINSTEAD PC

By:   */s/ Jamie H. McDole*
Jamie H. McDole
Texas State Bar No. 24082049
WINSTEAD PC
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Tel.: 214.745.5400
Fax: 214.745.5390
Email: jmcdole@winstead.com

Michael S. Adler
State Bar No. 236115
TANTALO & ADLER LLP
1801 Century Park East
STE 2400
Los Angeles, CA 90067
Tel.: 310.734.8694
Fax: 310.734.8696

*Attorneys for Defendant*
*StreamScale, Inc.*

Notice of Dismissal Without Prejudice

**ATTESTATION**

I, Joseph T. Gooch, do hereby attest that on March 2, 2022, I obtained the concurrence of counsel for StreamScale, Inc., to file this document on behalf of both parties.

/s/ Joseph T. Gooch
Joseph T. Gooch

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, all counsel of record who are deemed to have consented to electronic service were served with a copy of the foregoing via email.

/s/ Joseph T. Gooch
Joseph T. Gooch

Notice of Dismissal Without Prejudice